PATCHEN v. ROFKAR. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Frederick M. Patchen against G. B. Rofkar. No opinion. Motion denied. See 42 N. Y. Supp. 35, 61 N. Y. Supp. 949, and 65 N. Y. Supp. 122.

PEACOCK, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by John V. Peacock against Howard M. Hart. No opinion. Judgment and order affirmed, with costs.

PEOPLE v. BANK OF COMMERCE IN BUFFALO et al. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by the people of the state of New York against the Bank of Commerce in Buffalo, Henry H. Hazel and John R. Hazel as receivers of the Bank of Commerce in Buffalo, and the Provident Savings Life Assurance Society of New York.

PER CURIAM. Order of special term, dated June 14, 1900, modified, so as to read as follows: "Ordered, that the prayer of the petition be, and the same is hereby, in all things denied, with $10 costs, unless the petitioner amends said petition and its complaint in the proposed action of interpleader in such manner as to offer to pay into court the amount claimed by the receivers in their action upon the policy in question, viz. $3,000 and interest thereon from April 23, 1900; and, in case said amendment is made, leave is hereby granted to the petitioner, the Provident Savings Life Assurance Society of New York, to institute an action of interpleader in Erie county against Henry H. Persons and John R. Hazel as receivers of the Bank of Commerce in Buffalo, Mary Helen Brown, and Lizzie C. Thorne, individually and as executrix of the last will and testament of William B. Thorne, deceased." As thus modified, said order is affirmed, with $10 costs and disbursements, to be paid by the appellant to the respondent. All concur.

PEOPLE, Respondent, v. CILEANO, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York against Severio Cileano. T. J. Molloy, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Proceeding by the people of the state of New York against Abe Frank. No opinion. Judgment of conviction affirmed, and proceeding remitted to the clerk of Monroe county, pursuant to the provisions of section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Proceeding by the people of the state of New York against Charles E. Green. No opinion.

Judgment and conviction affirmed, and proceeding remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE, Respondent, v. KLINGLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Proceeding by the people of the state of New York against John Klingler. No opinion. Judgment on conviction, and order denying motion for a new trial, affirmed, and proceeding remitted to the clerk of Monroe county, pursuant to section 547 of the Code of Criminal Procedure. All concur, except WILLIAMS, J., who dissents.

PEOPLE, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York against William A. E. Moore. A. Levy, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed. See 56 N. Y. Supp. 802.

PEOPLE v. PECK. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Proceeding by the people of the state of New York against Ellen E. Peck. No opinion. Motion denied. See 52 N. Y. Supp. 259, 62 N. Y. Supp. 1144, and 63 N. Y. Supp. 1113.

PEOPLE, Respondent, v. REPUBLIC SAVINGS & LOAN ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Proceeding by the people of the state of New York against the Republic Savings & Loan Association. No opinion. Motion for leave to appeal to the court of appeals denied. See 65 N. Y. Supp. 1036.

PEOPLE, Respondent, v. SING LUNG, Appellant. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Proceeding by the people of the state of New York against Sing Lung. No opinion. Judgment on conviction, and order denying motion for a new trial, affirmed, and proceeding remitted to the clerk of Monroe county, pursuant to section 547 of the Code of Criminal Procedure. All concur, except ADAMS, P. J., not voting.

PEOPLE, Respondent, v. WERNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Proceeding by the people of the state of New York against Charles Werner. No opinion. Judgment of conviction affirmed, and proceeding remitted to the clerk of Wyoming county, pursuant to the provisions of section 547 of the Code of Criminal Procedure.

PEOPLE ex rel. ALBRIGHT et al. v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Proceeding by the people of the state of New York, on the relation of John J. Albright and others, against the city of Buffalo. No opinion. Order (57 N. Y. Supp. 1144) affirmed, with costs. All concur, except SPRING, J., not voting. See 52 N. Y. Supp. 689.